F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 18 2018 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHRISTINA O. ANANIADIS,

                Plaintiff,

           -against-

SOUTH SHORE COUNSELING SERVICES
LCSW, PLLC d/b/a SOUTH SHORE COUNSELING
SERVICES and PETER VIGLIOTTA,

                Defendants.
-----------------------------------------------------------------X

17 cv 05148 (SJF) (SIL)

JUDGMENT

## JUDGMENT

On August 30, 2017 this action was commenced by Plaintiffs' filing of the complaint and this Court's issuance of the summons. On February 21, 2018, plaintiff filed an amended complaint, setting forth claims for relief against defendants for: failure to pay minimum wage, in violation of 29 U.S.C. § 201, *et seq.*; failure to pay wages, in violation of New York Labor Law, § 201, *et seq.*; failure to pay overtime, in violation of 29 U.S.C. § 201, *et seq.*; failure to pay overtime, in violation of N.Y. Comp. Codes R. & Regs. § 142, *et seq.*; failure to timely page wages, in violation of New York Labor Law; failure to issue require wage statements in violation of New York Labor Law §§ 195, 198 *et seq.*; unlawfully retaliating against plaintiff in violation of 29 U.S.C. § 215; and unlawfully retaliating against plaintiff in violation of NYLL § 215. The summons and complaint and the amended answer in this action having been duly served on the above-named defendants South Shore Counseling Services LCSW, PLLC d/b/a South Shore Counseling Services and Peter Vigliotta, and defendants having failed to plead or otherwise defend in this action, and said default having been duly noted,

NOW, on application of Law Office of Brian L. Greben, the attorneys for the Plaintiff, and upon the pleadings, the March 11, 2018 declaration of Plaintiff, Plaintiff's March 12, 2018

submissions in support of the pending hearing in support of default judgment, and all Exhibits annexed thereto, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, Christina O. Ananiadis, has judgment against the defendants South Shore Counseling Services LCSW, PLLC d/b/a South Shore Counseling Services and Peter Vigliotta as follows:

a) Compensatory damages in the amount of $106,860.00;

b) Liquidated damages in the amount of $120,924.00;

c) Pre-judgment interest, accruing at a rate of 9% *per annum* from the date of each relevant pay period through the date of this judgment, in the amount of $67,071.57;

d) Statutory damages for retaliation in the amount of $20,000.00;

e) Statutory damages for failure to issue wage statements in the amount of $5,000.00;

f) Attorneys fees in the amount of $11,160.00; and

g) Court costs and fees of $602.16,

all computed as provided in 28 U.S.C. § 1961(a) for a total of **$331,617.73**.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).

Plaintiff shall serve this Order on defendant within seven (7) days of the Order.

Dated: April 18, 2018, 2018

s/ Sandra J. Feuerstein
--------------------------------
Hon. Sandra J. Feuerstein, U.S.D.J.